**Rev. B. Elton COX, Appellant,**

v.

**STATE OF LOUISIANA, Appellee.**

No. 22657.

United States Court of Appeals
Fifth Circuit.

Aug. 10, 1966.

See also, 5 Cir., 348 F.2d 750.

Nils R. Douglas, New Orleans, La., Murphy W. Bell, Baton Rouge, La., Harris David, Robert F. Collins, Lolis E. Elie, New Orleans, La., for appellant.

Ralph L. Roy, Asst. Dist. Atty., Baton Rouge, La., Jack P. F. Gremillion, Atty. Gen. Sargent Pitcher, Jr., Dist. Atty., for appellee.

Before JONES and GEWIN, Circuit Judges, and HUNTER, District Judge.

878

PER CURIAM.

The judgment of the United States District Court for the Eastern District of Louisiana is hereby vacated and the cause is remanded for further consideration in light of City of Greenwood v. Peacock, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, and State of Georgia v. Rachel, 384 U.S. 780, 86 S.Ct. 1783, 16 L.Ed.2d 925, decided June 20, 1966.